Christopher M. Schierloh (CS -6644)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VIA PACIFIC, INC.,

        Plaintiff,

  - against -

TUG LOGISTICS, INC.,

        Defendants.
------------------------------------------------------------X

07 CIV 6009

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, VIA PACIFIC, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

Via Pacific, Inc. is a not a publicly traded company.

Dated: New York, New York
      June 25, 2007
      115-842

                        CASEY & BARNETT, LLC
                        Attorneys for Plaintiff

          By: _____
                  Christopher M. Schierloh (CS-6644)
                  317 Madison Avenue, 21st Floor
                  New York, New York 10017
                  (212) 286-0225