**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2007

**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**

CHRISTOPHER M. SCHIERLOH

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

Tel:  (973) 993-5161
Fax: (973) 539-6409

Hon. Richard M. Berman
United States District Court
500 Pearl Street
New York, New York 10007

September 4, 2007

*Conference on 10/18/07 @ 9:15 A.M.*

Re:   *Via Pacific v. Tug Logistics, Inc.*
      07 Civ. 6009 (RMB)(RLE)
      Our ref: 115-84

SO ORDERED:
Date: 9/6/07
Richard M. Berman, U.S.D.J.

Dear Honorable Judge:

This firm represents the plaintiff and I am writing to deeply apologize for missing this morning's scheduled initial conference. Shortly after arriving at work I realized the conference was calendared for today and immediately called you Honor's deputy and informed her that I would not be able to appear at the scheduled time, 9:15 a.m.

With respect to the case before your Honor, we sent a Request for a Waiver of Service to the defendant on July 19, in addition to Notice of the Initial Conference, and have not as yet received a response. Accordingly, we are in the process of formally effecting service upon the defendant, Tug Logistics, Inc.

I again apologize for the scheduling oversight on my part. I assure you this has not happened before and will not happen again. At this time, I respectfully request the Court grant an adjournment of the initial conference to a date convenient for the Court in mid October. By such time we expect the defendant will have Answered the Complaint.

RECEIVED
SEP 06 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Respectfully submitted,
CASEY & BARNETT, LLC

Christopher Schierloh
cms@caseybarnett.com