VERIFIED RETURN OF SERVICE
TUG LOGISTIC, INC.

UNITED STATES DISTRICT COURT                                    CASE: 07 CIV 6009
THE SOUTHERN DISTRICT OF NEW YORK

VIA PACIFIC, INC.

SUMMONS
20 DAY / COMPLAINT

vs.

TUG LOGISTIC, INC.

Pursuant to the request of CHRISTOPHER M. SCHIERLOH, ESQ., 317 MADISON AVENUE, New York, NY. METRO PROCESS SERVICE, received this process on September 11, 2007 at 09:00 A.M.

I, WILLIAM TUCKER served same on **TUG LOGISTIC, INC.**, at 9901 NW 106TH ST., MIAMI, FL 33178 on **SEPTEMBER 28, 2007 at 01:35 P.M.**

CORPORATE SERVICE

By serving a copy of the above document(s) to **JUDY WONG** as **AUTHORIZED AGENT** or any employee of defendant corporation or registered agent in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendant's corporation fails to comply with F.S. 48.091.

COMMENTS

DERINGER INTERGRATED CARGO TRANSPORTATION IS AT 2801 NW 74TH AVE., SUITE #173. DEFENDANT UNKNOWN.

**I ACKNOWLEDGE** that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.
September 29th, 2007

METRO PROCESS SERVICE
19 WEST FLAGLER SUITE #418
MIAMI, FL 33130
OFFICE (305) 374-7387

*William Tucker*
WILLIAM TUCKER C.P.S. #773

**INDEX**   704599