BERMAN, S.

Christopher M. Schierloh (CS-6644)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o VIA PACIFIC, INC.,

        Plaintiff,

    - against -

TUG LOGISITCS, INC.,

        Defendant.
------------------------------------------------------------X

07 Civ. 6009 (RMB)

**ORDER TO SHOW CAUSE**

Upon the accompanying affidavit of Christopher M. Schierloh, Esq. dated November 28, 2007, and copies of the summons and complaint filed on August 2, 2007, and amended complaint filed on August 2, 2007, and the proof of Service of the summons and amended complaint upon defendant Tug Logistics, Inc on September 28, 2007, and the statement of damages attached hereto, it is hereby

ORDERED, that the defendant show cause before the Honorable Richard M. Berman, at Courtroom 21D, United States Court House, 500 Pearl Street at **10:00 AM** on December **20**, 2007, why an order should not be entered granting judgment by default against defendant, Tug Logistics, Inc. in the liquidated amount of $8,770, with interest at 3% from July 25, 2006, amounting to $350.80, plus costs and disbursements of this action in the amount of $500, amounting in all to $9,620.08.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2007

LET SERVICE of a copy of this order, together with the papers on which it is based, pursuant to F.R.C.P. Rule 4(h)(1) upon defendant, Tug Logistics, Inc. on or before 12/14/07 deemed sufficient service thereof.

This Order has been signed by me the 11th day of December 2007 and shall upon presentation be entered in the office of the Clerk.

Dated: New York, New York
December 11, 2007

_____
Hon. Richard M. Berman
United States District Judge
Southern District of New York