RETURN OF SERVICE AFFIDAVIT
TUG LOGISTICS, INC.

UNITED STATES DISTRICT COURT                                    CASE: 07 CIV. 6009 (RMB)
THE SOUTHERN DISTRICT OF NEW YORK

---

INDEMNITY INSURANCE COMPANY OF NORTH            ORDER TO SHOW CAUSE
AMERICA A/S/O VIA PACIFIC, INC.

vs.
                                                DUE DATE 12/20/07 @ 10:00 A.M.
TUG LOGISTICS, INC.

---

Pursuant to the request of CHRISTOPHER M. SCHIERLOH, ESQ., 317 MADISON AVENUE, New York, NY. METRO PROCESS SERVICE, received this process on December 13, 2007 at 09:00 A.M.

I, WILLIAM TUCKER served same on **TUG LOGISTICS, INC.**, at 9901 NW 106TH ST, MIAMI, FL 33178 on **DECEMBER 13, 2007** at **01:15 P.M.**

CORPORATE SERVICE

By serving a copy of the above document(s) to **MICHELLE SZETO** as **AUTHORIZED AGENT** or any employee of defendant corporation or registered agent in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendant's corporation fails to comply with F.S. 48.091.

**I ACKNOWLEDGE** that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action.

The foregoing instrument was                    METRO PROCESS SERVICE
acknowledged before me this day                 19 WEST FLAGLER SUITE #418
by the process server who is                    MIAMI, FL 33130
personally known to me.                         OFFICE (305) 374-7387
December 14th, 2007

_____                         _____
NOTARY                                          WILLIAM TUCKER C.P.S. #773

INDEX   706228

CHARLES TAYLOR
MY COMMISSION # DD 697292
EXPIRES: July 29, 2011
Bonded Thru Notary Public Underwriters