Christopher M. Schierloh (CS-6644)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o VIA PACIFIC, INC.,                  07 Civ. 6009(RMB)

               Plaintiff,                                    **DEFAULT JUDGMENT**

      - against -

TUG LOGISITCS, INC.,

               Defendant.
------------------------------------------------------------X

This action having been commenced on June 25, 2007 by the filing of the Summons and Complaint, and an amended complaint having been filed on August 2, 2007, and a copy of the summons and amended complaint having been personally served on defendant, Tug Logistics, Inc., on September 28, 2007 pursuant to F.R.C.P Rule 4(h)(1), whereby, a copy of the summons and amended complaint were left with Judy Wong, an authorized agent of defendant's company at defendant's place of business, and proof of service having been filed on October 9, 2007, and the defendant not having answered the complaint, and the time for answering the complaint having expired it is,

ORDERED, ADJUDGED AND DECREED: That plaintiff have judgment against the defendant in liquidated amount of $8,770 with interest at 3% from July 25, 2006 amounting to $350.80 plus costs and disbursements of this action in the amount of $500, amounting in all to $9,620.08.

The Clerk is requested to close this case.

This document was entered on the docket on _____



_____RMB_____
U.S.D.J.  12/20/07

Richard M. Berman